

**FILED**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

AUG 2 2 2018

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Name of Debtor(s) listed on the bankruptcy case

In re:
TERRENCE PATRICK KELLEY
JANET LOUISE KELLEY

CASE NO.: 2:17-bk-04209-PS

**DEBTOR CHANGE OF ADDRESS**

1. This change of address is requested by :   ☒ Debtor   ☒ Joint-Debtor

2. **Old Address:**

   Name(s):   TERRENCE  P KELLEY  JANET L KELLEY

   Mailing Address:   2443 EAST LEONORA

   City, State, Zip Code:  MESA  AZ  85213

3. **New Address:**

   Mailing Address:   2518 EAST HALE ST

   City, State, Zip Code:  MESA  AZ 85213

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: AUGUST 20  2018

Terrence P Kelley  *Terrence P Kelley*
Requestor's printed name(s)

*Janet L. Kelley*
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form has been approved for use by the United States Bankruptcy Court for the District of Arizona.